IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

JAMES and KATHERINE McCALMONT,

                Plaintiffs,

    vs.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,

                Defendants.

No. 2:13-cv-2107-HRH

O R D E R

Motion to Amend Judgment[1]

    Plaintiffs move pursuant to Rule 59(e), Federal Rules of Civil Procedure, for an order amending or altering this court's judgment in favor of defendants. The focus of the instant motion is defendant Federal National Mortgage Association (FNMA). The motion is opposed.[2] No timely reply has been filed.

    Rule 59(e) is an extraordinary remedy available to litigants to correct manifest error of fact or law, to address newly discovered evidence, to prevent manifest injustice, or to address intervening changes in controlling law. By their Rule 59 motion, plaintiffs contend that the court improperly resolved disputed facts, and that newly discovered evidence demonstrates the plausibility of plaintiffs' claims. Plaintiffs contend that the court failed to give due consideration to their reseller claim.

    The court stands by its conclusion that plaintiffs failed to state a plausible claim that FNMA was a consumer reporting agency. It was and is the court's view that this

---

[1]Docket No. 42.

[2]Docket No. 44.

Order – Motion to Amend Judgment          - 1 -

determination disposed of all claims made in plaintiffs' complaint. Plaintiffs have not demonstrated that there is any newly discovered evidence. Indeed, the court's disposition was on the basis of plaintiffs' pleadings; but in any event, the plaintiffs failed to demonstrate the existence of new information which would have validated their complaint. As to plaintiffs' contention that the court failed to give due consideration to their reseller claim, as defendant FNMA points out, no such claim was made in plaintiffs' complaint.

Plaintiffs' motion to amend or alter judgment is denied.

DATED at Anchorage, Alaska, this  24th  day of September, 2014.

/s/ H. Russel Holland
United States District Judge