Paul B. Mengedoth (018507)
**MENGEDOTH LAW PLLC**
20909 N. 90th Place, Suite 211
Scottsdale, AZ 85255
Tel: (480) 778-9100
Fax: (480) 778-9101
E-mail: paul@mengedothlaw.com

Sylvia A. Goldsmith, Esq. (*Pro Hac Vice*)
**GOLDSMITH LAW OFFICE**
Park West Building
20545 Center Ridge Road, Suite 415
Rocky River, OH 44116
Tel: (440) 934-3025
Fax: (440) 934-3026
E-mail: goldsmith@goldsmithlawyers.com

*Attorneys for Plaintiffs James and Katherine McCalmont*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| James and Katherine McCalmont, ) | |
| ) | |
| Plaintiffs, ) | Case No. CV-13-02107-PHX-JJT |
| ) | |
| v. ) | **PLAINTFFS' NOTICE OF** |
| ) | **APPEAL TO UNITED STATES** |
| Federal National Mortgage Association, ) | **COURT OF APPEALS FOR THE** |
| ) | **NINTH CIRCUIT** |
| Defendant, ) | |
| ) | |
| ) | |

Plaintiffs James and Katherine McCalmont hereby appeal to the United States Court of Appeals for the Ninth Circuit from the orders of the United States District Court for the District of Arizona dated January 15, 2019, granting summary judgment to and entering judgment in favor of Defendant Federal National Mortgage Association

1  (Dkt. Nos. 153, 154), and February 22, 2019, denying Plaintiffs' Rule 59(e) Motion to
2  Alter or Amend Judgment (Dkt. No. 158).
3
4  Dated: March 13, 2019                    Respectfully submitted,
5
6
7                                            /s/ Sylvia A. Goldsmith
                                            Sylvia A Goldsmith (Pro Hac Vice)
8                                           GOLDSMITH LAW OFFICE
9                                           Park West Building
                                            20545 Center Ridge Rd., Suite 415
10                                          Rocky River, OH 44116
11                                          Telephone: (440) 934-3025
                                            Facsimile: (440) 934-3026
12                                          E-mail: goldsmith@goldsmithlawyers.com
13
                                            Paul B. Mengedoth (018507)
14                                          MENGEDOTH LAW PLLC
15                                          20909 N. 90th Place, Suite 211
                                            Scottsdale, AZ 85255
16                                          Tel: (480) 778-9100
17                                          Fax: (480) 778-9101
                                            E-mail:  paul@mengedothlaw.com
18
19                                          Attorneys for Plaintiffs
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing is being filed electronically with the United States District Court for the District of Arizona, on this 13th day of March, 2019.  Notice of this filing will be transmitted to counsel of record by operation of the Court's electronic filing system.

                                       */s/ Sylvia A. Goldsmith*
                                       Sylvia A. Goldsmith, Esq.
                                       **GOLDSMITH LAW OFFICE**
                                       ***Attorney for Plaintiffs***